Núm. 47.—ORTIZ TORO. aplte. *v*. PUEBLO, apldo.—C. D. San Juan. Febrero 5, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Visto el artículo 65 del Reglamento del Tribunal Supremo, y lo resuelto en *Sucesores de Bianchi* v. *Seín,* 14 D.P.R. 775, y *Sucesores de Bianchi* v. *Rodríguez,* 14 D.P.R. 777, se declara sin lugar la moción de la parte demandante solicitando aprobación de la exposición del caso.